# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
#### No. 5:26-HC-2084-D

DOUGLAS MCARTHUR BETTS, JR., )
          )
    Petitioner,    )
          )
   v.        )     **ORDER**
          )
WARDEN, Federal Prison Camp Butner,  )
          )
    Respondent.   )

On May 4, 2026, Douglas McArthur Betts, Jr. ("Betts" or "petitioner"), a federal inmate proceeding pro se, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 [D.E. 1]. On May 26, 2026, Betts filed a corrected petition [D.E. 4]. On June 24, 2026, Betts was released from custody. See BOP Inmate Locator, https://www.bop.gov/inmateloc/ (search by inmate number) (last visited July 16, 2026).

Betts was required to notify the court of his change of address within 14 days of his release, but he failed to do so. See Local Civ. R. 83.3. Accordingly, the court DISMISSES the action without prejudice for Betts's failure to advise the court of his new address and for failure to prosecute. The clerk shall close the case.

SO ORDERED. This 16 day of July, 2026.

                JAMES C. DEVER III
                United States District Judge